REUBEN W. WRIGHT et al., Respondents, *v.* DANIEL F. TOOMEY et al., Appellants, Impleaded with Another.

*Wright* v. *Toomey*, 137 App. Div. 401, affirmed.
(Argued February 1, 1912; decided February 20, 1912.)

APPEAL from a judgment entered March 21, 1910, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendants' exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiffs upon the verdict in an action to recover on a promissory note defended on the ground of usury.

*Herman J. Westwood, Lester F. Stearns* and *Louis G. Monroe* for appellants.

*Elton D. Warner* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and COLLIN, JJ. Dissenting: CHASE, J.